**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**RAEANN MORGAN,**

        **Plaintiff,**

-v-

**MIDLAND CREDIT MANAGEMENT, INC.,**

        **Defendant.**

                                            /

**CIVIL ACTION NO.
2:14-cv-5-FtM-38CM**

## JOINT NOTICE OF SETTLEMENT

Plaintiff Raeann Morgan and Defendant Midland Credit Management, Inc. (collectively, the "Parties"), in accordance with Local Rule 3.08(a), hereby inform the Court that a settlement has been reached in this matter as to all claims of Plaintiff Raeann Morgan.

The Parties, therefore, requests that this Honorable Court toll all pending deadlines and give the Parties thirty (30) days to memorialize the settlement and to file the necessary papers for dismissal of the action.

Respectfully submitted this the 5th day of February, 2014.

| | |
|---|---|
| */s/ Michael Beckman* | */s/ Matthew J. Devine* |
| Michael Beckman, Esq. | R. Frank Springfield (FL Bar No. 0010871) |
| VILES & BECKMAN, LLC | Matthew Devine (FL Bar No. 0099377) |
| 6350 Presidential Court, Suite A | Laura Westerman Tanner (FL Bar No.: 0085573) |
| Fort Myers, FL 33919 | |
| Telephone: 239-334-3933 | Benjamin M. Katz (FL Bar No.: 100930) |
| Facsimile: 239-334-7105 | BURR & FORMAN LLP |
| Michael@vilesandbeckman.com | 200 S. Orange Avenue, Suite 800 |
| Matt@vilesandbeckman.com | Orlando, FL 32801 |
| Attorneys for Plaintiff | Telephone: (407) 540-6600 |
| RAEANN MORGAN | Facsimile: (407) 540-6601 |
| | fspringf@burr.com |
| | mdevine@burr.com |
| | ltanner@burr.com |
| | bkatz@burr.com |
| | Attorneys for Defendant |
| | MIDLAND CREDIT MANAGEMENT, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Michael Beckman, Esq.
VILES & BECKMAN, LLC
6350 Presidential Court, Suite A
Fort Myers, FL 33919
Telephone: 239-334-3933
Facsimile: 239-334-7105
E-mail: Michael@vilesandbeckman.com
Secondary E-mail: Matt@vilesandbeckman.com


*/s/ Matthew J. Devine*
Attorney